UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROGER J. ELM,

Plaintiff,

v.

JEFF BOYLE and JACK L. KETTLER, individually and as Police Officers of the Oakdale Police Department; CITY OF OAKDALE POLICE DEPARTMENT and CITY OF OAKDALE,

Defendants.

Civil No. 00-1818 (RHK/JMM)

**AMENDED** ORDER FOR PRETRIAL CONFERENCE

TO: Plaintiff above named and to Thomas P. Harlan, Esq., A. Chad McKenney, Esq., Donohue McKenney, 700 Lumber Exchange, Ten South Fifth Street, Minneapolis, MN 55402, attorneys for Plaintiff;

Defendants above named and to Pierre N. Regnier, Esq., Joseph E. Flynn, Esq., Jardin, Logan & O'Brien, 2100 Piper Jaffray Plaza, 444 Cedar Street, St. Paul, MN 55101, attorneys for Defendants.

IT IS HEREBY ORDERED that counsel for Plaintiff shall cause a copy of this Order to be served upon any other parties or counsel not listed above.

I. DATE, TIME, PLACE AND PARTICIPANTS

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and Local Rule 16 of the Rules of this District, a pretrial conference of trial counsel in the above matter will be held on **October 24, 2000 at 1:30 p.m.** before Magistrate Judge John M. Mason in chambers at Room 610, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, to consider the matters set forth in Rule 16(c), the Rule 26(f) disclosures, and related matters.

OCT 17 2000
Filed ____________
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

II. MEETING, REPORTS AND DISCLOSURES REQUIRED

A. Pursuant to Federal Rule of Civil Procedure 26(f), trial counsel for each party shall meet in person no later than October 3, 2000 to discuss settlement, and to prepare the Report required by Rule 26(f) and Local Rule 16.2.

B. If the case does not settle, no later than October 6, 2000, counsel shall jointly prepare and file with the Clerk of Court a complete written Report of the Rule 26(f) meeting. A copy of the Report shall also be delivered to chambers of this Court, Room 610, 316 North Robert Street, St. Paul, Minnesota, no later than October 6, 2000. The Report shall be prepared in accordance with Local Rule 16.2, and in the form prescribed in Form 3 of the Local Rules of this Court.

C. Any party may also submit to chambers a Letter/Memorandum concerning settlement, which may be confidential between the Court and that party.

D. If all counsel wish to hold the pretrial conference by telephone, please make that request by calling Calendar Clerk Katherine Haagenson, (651) 848-1190, after filing the Rule 26(f) Report.

E. If a party consents to have this matter tried before a Magistrate Judge, individual counsel are requested to sign the enclosed form by October 13, 2000 and send it directly to:

Deb Siebrecht
Calendar Clerk to Judge Richard H. Kyle
708 Federal Building
316 North Robert Street
St. Paul, MN 55101

Dated: October 17, 2000

JOHN M. MASON
United States Magistrate Judge