**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Case No: 00-1818 (RHK/JMM)

---

Roger J. Elm,

Plaintiff,

vs.

Officer Jeff Boyle, individually and as an Officer in the Oakdale Police Department, Office Jack L. Kettler, individually and as an Officer of the Oakdale Police Department, and City of Oakdale Police Department and the City of Oakdale, a Municipal Corporation,

Defendants.

**STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER**
and ORDER

---

The parties, by and through their respective counsel, request amendment of the Court's Pretrial Scheduling Order filed October 24, 2000, regarding the deadline for Rule 35 medical examinations and Defendants' expert disclosure.

The Rule 35 medical examination deadline is April 1, 2001. Defendants have scheduled Plaintiff for a Rule 35 independent medical examination with an orthopedist on April 11, 2001, and consequently in order to provide for the independent medical examination and for disclosure of the doctor's written report, the parties hereby stipulate that the deadlines for Defendants' disclosure of expert witnesses and completion of Rule 35 medical examinations shall be extended from April 1, 2001, to May 1, 2001.

FILED APR 0 2 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

That all other provisions of the October 24, 2000, Pretrial Scheduling Order shall remain unchanged.

Dated: 3/29/2001

**DONOHUE, MCKENNEY & HARLAN, LTD.**

By: ______________________
Thomas P. Harlan (#210870)
Attorneys for Plaintiff
990 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
(612) 692-3950

Dated: 3/29/01

**JARDINE, LOGAN & O'BRIEN, P.L.L.P.**

By: ______________________
Joseph E. Flynn (A.R.#165712)
Attorney for Defendants
444 Cedar Street, Suite 2100
St. Paul, Minnesota 55101-2160
(651) 290-6500

**ORDER**

Pursuant to the stipulation of parties, IT IS HEREBY ORDERED:

1. That the Pretrial Scheduling Order filed October 24, 2000, is amended as follows:

   a. Disclosures of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

      May 1, 2001 By Defendants

   b. All Rule 35 medical examinations shall be completed by May 1, 2001.

2. That all other provisions in the October 24, 2000, Pretrial Scheduling Order shall remain unchanged.

Dated: 4/2/01

**BY THE COURT:**

Honorable John M. Mason
United States Magistrate Judge