**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**
Case No: 00-1818 (RHK/JMM)

---

Roger J. Elm,

Plaintiff,

vs.

**STIPULATION OF DISMISSAL OF 42 U.S.C. § 1983 CLAIMS WITH PREJUDICE AND REMAND**

Officer Jeff Boyle, individually and as an Officer in the Oakdale Police Department, Officer Jack L. Kettler, individually and as an Officer of the Oakdale Police Department, and City of Oakdale Police Department and the City of Oakdale, a Municipal Corporation,

Defendants.

---

**IT IS HEREBY STIPULATED** by and between the parties through their respective undersigned attorneys that Roger Elm's claims based on 42 U.S.C. § 1983 found in Counts 5 and 6 of the Plaintiff's Complaint or any other federal statutory claims or other federal claims which could have been asserted by Plaintiff Roger Elm, against Jeff Boyle, Jack L. Kettler or the City of Oakdale, Minnesota, its employees and public officials, may, and shall be, dismissed in their entirety on their merits and with prejudice, and without costs or disbursements to any of the parties.

**IT IS STIPULATED AND AGREED** that all other claims of Plaintiff as set forth in Counts 1, 2, 3, 4 and 7 of Plaintiff's Complaint, are not dismissed and are remanded to the jurisdiction of Minnesota State District Court, County of Washington, for all further proceedings.

FILED JUL 18 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. JUL 18 2001
DEPUTY CLERK

**IT IS FURTHER STIPULATED** that without further notice, the United States District Court may enter a judgment of partial dismissal on the merits, dismissing Counts 5 and 6 of the Plaintiff's Complaint with prejudice and without cost to any party and that this case shall be remanded to Washington County District Court, State of Minnesota, for all further proceedings on the remaining state tort law claims.

Dated: ~~June~~ July 10, 2001.

**DONOHUE, MCKENNEY & HARLAN LTD**

By: ______________________
Thomas P. Harlan (A.R.#210870)
990 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
(612) 692-3950

**ATTORNEY FOR PLAINTIFF**

Dated: ~~June~~ July 16, 2001.

**JARDINE, LOGAN & O'BRIEN, P.L.L.P.**

By: ______________________
PIERRE N. REGNIER (A.R.#90232)
JOSEPH E. FLYNN (A.R.#165712)
444 Cedar Street, Suite 2100
St. Paul, Minnesota 55101-2160
(651) 290-6500

**ATTORNEYS FOR DEFENDANTS**

**ORDER OF PARTIAL DISMISSAL**
**WITH PREJUDICE AND REMAND**

The above-entitled matter came before the court on the stipulation of the parties to the above-captioned matter for an order dismissing Counts 5 and 6 of the Plaintiff's Complaint and remanding jurisdiction of the state tort law claims to Washington County District Court, State of Minnesota, for further proceedings.

Based upon the stipulation of the parties, **IT IS HEREBY ORDERED:**

1. Counts 5 and 6 of the Plaintiff's Complaint, alleging a violation of 42 U.S.C. § 1983 and any other federal claims which the Plaintiff asserted or could have asserted against the Defendants Jeff Boyle and Jack Kettler, the City of Oakdale Police Department or the City of Oakdale, its employees and public officials, are dismissed with prejudice and on the merits;

2. Counts 1, 2, 3, 4 and 7 of the Plaintiff's Complaint alleging state tort law claims are not dismissed under the provisions of this Order and are remanded to the jurisdiction of the Washington County District Court, State of Minnesota, for all further proceedings;

3. That the dismissal of Counts 5 and 6 provided for by this Order shall be without costs, disbursements or attorneys fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 7/18/01.

RICHARD H. KYLE
UNITED STATES DISTRICT COURT

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500